# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:08-cr-230 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| MARQUISE JAMON WILKINS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A Violation Report was filed in this case on August 27, 2019.[1] The Court referred this matter to Magistrate Judge George J. Limbert to conduct appropriate proceedings and to file a report and recommendation. Magistrate Judge Limbert reported that a supervised release violation hearing was held on December 16, 2019. The defendant admitted to the following violations:

    2. Failure to Comply with Substance Abuse Aftercare
    3. Violation of Northern District of Ohio Offender Employment Policy

The defendant denied violation number 1. The Magistrate Judge conducted an evidentiary hearing regarding violation number 1.

The magistrate judge filed a report and recommendation on October 25, 2019, in which the magistrate judge recommended that the Court find that the defendant committed all 3 violations. The defendant filed an objection as to the Magistrate Judge's

---

[1] A Supplemental Information Report containing updated information were filed on November 13, 2019.

recommendation regarding violation number 1. The government filed a response to the objection.[2]

No objections were filed to the report and recommendation of the magistrate judge as to violations 2 and 3. Upon review, the Court adopts the report and recommendation of the magistrate judge as to violations 2 and 3 and finds the defendant to be in violation of the terms and conditions of his supervised release as set forth in violations 2 and 3.

A Superseding Violation Report was filed on January 22, 2020 and a final supervised release violation hearing was conducted on February 25, 2020. Defendant Marquise Jamon Wilkins was present and represented by Attorney Darin Thompson. The United States was represented by Assistant United States Attorney Robert F. Corts. United States Probation Officer Jennifer Burke was also present at the hearing. The defendant waived his right to a full evidentiary hearing and admitted to the following additional violations:

    4. Unauthorized Use of Drugs
    5. New Law Violation
    6. Failure to Report Law Enforcement Contact Within 72 Hours

The Court found the defendant to be in violation of the terms and conditions of his supervised release as set forth in violations 4, 5, and 6.

---

[2] Given the nature of violations 2 through 6, the Court did not consider the objection related to violation 1.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 months.

No Supervised Release to follow.

**IT IS SO ORDERED**.

Dated: February 25, 2020

                                                       **HONORABLE SARA LIOI**
                                                       **UNITED STATES DISTRICT JUDGE**